# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 7, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 23-4273,  US v. Keith Mahatha
1:06-cr-00108-NCT-1


TO:   Keith Delpree Mahatha

BRIEF CORRECTION DUE:  July 12, 2023

Please make the correction identified below and file a corrected brief by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. The time for filing the next brief is unaffected by this notice.

---

[ X ] The opening brief contains unredacted references to government assistance.

Jeffrey S. Neal, Deputy Clerk
804-916-2702